452 A.2d 67

Commonwealth v. Taylor, Appellant.

Submitted December 14, 1981. Richard A. McDaniel, for appellant; James C. Long, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.